IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE PEREZ,<br><br>   *Plaintiff,*<br><br> v.<br><br>THE IMA GROUP a/k/a and/or d/b/a INDUSTRIAL MEDICINE ASSOCIATES, P.C.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 23-4367 |

## ORDER

**AND NOW**, this 10th day of June 2024, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendant's Motion to Dismiss (ECF No. 3), Plaintiff's Response (ECF No. 4), and Defendant's Reply (ECF No. 5), it is hereby **ORDERED** that:

1. The motion is **GRANTED** as to all disparate treatment claims, to the extent they are alleged, and the sexual harassment claim. Those claims are **DISMISSED** without prejudice.

2. The motion is **DENIED** as to the hostile work environment based on religion and retaliation claims.

3. Plaintiff may file an amended complaint, consistent with the accompanying Memorandum, on or before June 24, 2024.

                BY THE COURT:

                ***/s/ Gerald J. Pappert***
                Gerald J. Pappert, J.